# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2263
_____

United States of America

*Plaintiff - Appellee*

v.

Harlan M. Thompson; Diane C. Thompson

*Defendants - Appellants*

Capitol One Bank; Discover Bank; Maple Leaf Funding

*Defendant*s
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: February 1, 2016
Filed: February 19, 2016
[Unpublished]
_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.
_____

PER CURIAM.

Harlan and Diane Thompson appeal the district court's[1] adverse grant of summary judgment in this tax action brought by the United States.  We have jurisdiction over this appeal under F.R.A.P. 4(a)(4)(B)(i) because the district court's judgment was final under the "clear and unequivocal manifestation" test. Goodwin v. United States, 67 F.3d 149, 151 (8th Cir. 1995) (internal quotations marks omitted).  After careful de novo review, see Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (de novo review of grant of summary judgment), we conclude that summary judgment was appropriate for the reasons stated by the district court.  Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.